92 F.3d 1171
 Robert A. Kirchgessner, Jr., Michael Kranyak, Andy Kafel,
Jack Tomaselli, Charles Bene, Maureen Cool, Bill
Sheeran. Probation Officers/FOP Members,
Probation Association of New Jersey
v.
Robert N. Wilentz, Robert L. Clifford, Alan B. Handler,
Stewart G. Pollock, Daniel J. O'Hearn, Marie L.
Garibaldi, Gary S. Stein, Justices of
Supreme Court of New Jersey
 NOS. 95-5328, 95-5329
 United States Court of Appeals,
Third Circuit.
 July 19, 1996
 
 Appeal From: D.N.J., Nos. 94-05973, 94-06375,
 Lechner, J.
 
 
 1
 AFFIRMED.